DISTRICT COURT OF APPEAL OF FLORIDA
SECOND DISTRICT

_____

CHARLES E. LOVETT, JR.,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

No. 2D2026-0232

_____

July 31, 2026

BY ORDER OF THE COURT:

The court sua sponte grants rehearing and vacates the opinion issued on April 29, 2026.

Within 15 days of this order, the clerk of the lower tribunal shall submit a corrected record containing the following:  (1) "Motion for Post Conviction Relief" docketed on July 14, 2025; and (2) "Order Dismissing Defendant's Motion for Postconviction Relief" docketed on January 7, 2026.

I HEREBY CERTIFY THE FOREGOING IS A TRUE COPY OF THE ORIGINAL COURT ORDER

MARY ELIZABETH KUENZEL

CLERK